Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

2009 JUL -1 AM 9:01

CLERK OF COURT
BY:_____

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM | ) CRIMINAL CASE NO. CM0799-08 |
| vs. | ) |
| JULIO MASAICHY, | ) DECISION AND ORDER |
| Defendant. | ) |

This matter came before the Honorable Alberto C. Lamorena III on May 29, 2009 on Defendant's Motion for Diversion. Attorney Sally A. Tobin appeared on behalf of the People of Guam. Appearing on behalf of Defendant was Attorney Jeffery L. Warfield. After reading the parties' briefs, the Court took the matters under advisement. The Court now issues its Decision and Order.

## FACTUAL HISTORY

On December 10, 2008, the Defendant was arrested and subsequently charged with two counts of Assault as a Misdemeanor and Harassment as a Petty Misdemeanor and one count of Family Violence as a Misdemeanor. One of the alleged victims was a family member of the Defendant, while the other was not.

## DISCUSSION

Though Defendant is statutorily eligible for diversion under Title 9 G.C.A. §30.80(a), the People object to Defendant's motion, arguing that Defendant has allegedly inflicted injury upon someone who is not a family or household member, as defined in Title 9 G.C.A. §30.10(b), and

-1-

that such an offense is not eligible for the diversion process. Defendant argues that he is in need of treatment and educational programs, and that the primary offense alleged was against a family member.

The Court has the discretion, under Title 9 G.C.A. §30.80(e), to consider an application for the diversion process from the Defendant. However, under Title 9 G.C.A. §30.80, diversion eligibility is limited to instances where the victim is a family or household member. Defendant is otherwise an excellent candidate for diversion under the factors listed in Title 9 G.C.A. §30.80.1. The Court shall grant diversion for those charges in which Defendant allegedly committed a criminal act against a family or household member, but is unable to grant diversion for the other charges.

## CONCLUSION

Based on the above, Defendant's Motion for Diversion is hereby GRANTED in part and DENIED in part. A trial setting will be held on July 7, 2009.

**IT IS SO ORDERED** this 1st day of July, 2009.

**Alberto C. Lamorena III**
Presiding Judge
Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam. Dated at Hagåtña, Guam.

JUL 0 1 2009

Domingo M. Nego

-2-